IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
JUDITH M. THOMAN : CASE NO. 1-21-02266-HWV
:
Debtor :

**CERTIFICATION OF NO PAYMENT ADVICES**
**pursuant to 11 U.S.C. §521(a)(1)(B)(iv)**

I, Judith M. Thoman, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. §521(a)(1)(B)(iv), from any source of employment. I further certify that I received no payment advices during that period because:

☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☒ I did not receive payment advices due to factors other than those listed above. (Please explain)  __My sources of income during this period were a pension and unemployment compensation__

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: 11·01·2021

*Judith M. Thoman*
Judith M. Thoman