United States Bankruptcy Court
Middle District of Pennsylvania

In re: Judith M Thoman, Debtor

Case No. 21-02266-HWV
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Nov 15, 2021     Form ID: pdf010     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Judith M Thoman, 731 Hilltop Road, Harrisburg, PA 17112-9636 |
| 5441742 | + | Carrie Gerding, Esquire, Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5441743 | + | Commonwealth of Pennsylvania, Bureau of Labor and Industry, Office of Unemp Comp Tax Services OUCTS, PO Box 60848, Harrisburg, PA 17106-0848 |
| 5441744 | | Deutsche Bank National Trust, c/o Select Portfolio Services, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5441745 | + | Equable Ascent Financial, LLC, 1120 W Lake Cook Road, Suite B, Buffalo Grove, IL 60089-1970 |
| 5441747 | + | John M. Hyams, Esq., Law Office of John M. Hyams, 2023 North 2nd Street, Harrisburg, PA 17102-2151 |
| 5441748 | + | Lloyd S. Markind, Esquire, Sklar-Markind, 102 Browning Lane, Bldg B, Suite 1, Cherry Hill, NJ 08003-3195 |
| 5441752 | + | Rebecca Solarz, Esquire, Stephanie A. Walczak, Esquire, KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5441755 | + | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 15 2021 18:49:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5441746 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 15 2021 18:45:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 5441751 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2021 18:49:44 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 5441750 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2021 18:49:37 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 5441749 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2021 18:45:00 | Pennsylvania Department of Revenue, Dept. 280946, ATTN: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 5441753 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2021 18:49:48 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5441754 | | Email/Text: paparalegals@pandf.us | Nov 15 2021 18:45:00 | TD Bank USA, c/o Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5442023 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

Case 1:21-bk-02266-HWV    Doc 21    Filed 11/17/21    Entered 11/18/21 00:24:52    Desc
Imaged Certificate of Notice    Page 1 of 3

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-1 Asset Backed Notes bkgroup@kmllawgroup.com |
| Tracy Lynn Updike | on behalf of Debtor 1 Judith M Thoman tlupdike@mette.com  rkvansteenacker@mette.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JUDITH M. THOMAN | : | CASE NO. 1-21-2266-HWV |
| Debtor | : | |

**ORDER**

Upon consideration of the Motion of Judith M. Thoman to Extend the Automatic Stay as to all creditors, and after notice and an opportunity for a hearing, and there being no objection or response filed thereto, it is hereby

ORDERED that the automatic stay shall continue as to all creditors until closing of this case.

Dated: November 15, 2021

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge (MS)