IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                             :      CHAPTER 13

                                        :

JUDITH M. THOMAN,             :      CASE NO. 1-21-02266-HWV

                                          :

     Debtor                     : 

## CERTIFICATE OF SERVICE

I, Reagan K. VanSteenacker, Paralegal with the firm of Mette, Evans & Woodside, hereby certify that on April 29, 2022, a true and correct copy of the attached ORDER CONFIRMING FIRST AMENDED CHAPTER 13 PLAN was served by electronic means and/or first-class mail, postage prepaid, pursuant to L.B.R. 2002-1(e), on the following:

SEE ATTACHED MATRIX

Respectfully Submitted,

METTE, EVANS & WOODSIDE

By:/s/ Reagan K. VanSteenacker
     Reagan K. VanSteenacker

(p) JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Carrie Gerding, Esquire
Portfolio Recovery Associates, LLC
120 Corporate Blvd
Norfolk, VA 23502-4952

Commonwealth of Pennsylvania
Bureau of Labor and Industry
Office of Unemp Comp Tax Services OUCTS
PO Box 60848
Harrisburg, PA 17106-0848

Deutsche Bank National Trust
c/o Select Portfolio Services, Inc.
PO Box 65250
Salt Lake City, UT 84165-0250

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Equable Ascent Financial, LLC
1120 W Lake Cook Road
Suite B
Buffalo Grove, IL 60089-1970

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

John M. Hyams, Esq.
Law Office of John M. Hyams
2023 North 2nd Street
Harrisburg, PA 17102-2151

Lloyd S. Markind, Esquire
Sklar-Markind
102 Browning Lane, Bldg B, Suite 1
Cherry Hill, NJ 08003-3195

TD Bank USA/Target Credit
PO Box 673
Minneapolis, MN 55440-0673

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

TD Bank USA
c/o Patenaude & Felix, A.P.C.
501 Corporate Drive, Southpointe Center
Suite 205
Canonsburg, PA 15317

(p) PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Rebecca Solarz, Esquire
Stephanie A. Walczak, Esquire
KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Judith M Thoman,                                    Chapter        13

    **Debtor 1**
                                                    Case No.       1:21–bk–02266–HWV


## Order Confirming Amended Chapter 13 Plan


The Amended Chapter 13 Plan was filed on March 18, 2022. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.


By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated:  April 28, 2022


orcnfpln(05/18)