In re:  
Judith M Thoman  
    Debtor

Case No. 21-02266-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: May 17, 2022     Form ID: pdf010     Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5441752 | + | Rebecca Solarz, Esquire, Stephanie A. Walczak, Esquire, KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2022 18:43:34 | Portfolio Recovery Associates, LLC, Attn: Officer Authorized to Accept Proce, PO Box 41067, Norfolk, VA 23541 |
| 5442023 | + | Email/PDF: gecsedi@recoverycorp.com | May 17 2022 18:43:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-1 Asset Backed Notes bkgroup@kmllawgroup.com |

Tracy Lynn Updike　　　　　　on behalf of Debtor 1 Judith M Thoman tlupdike@mette.com rkvansteenacker@mette.com

United States Trustee　　　　　ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JUDITH M. THOMAN, | : | CASE NO. 1-21-02266-HWV |
| | : | |
| Debtor | : | |
| | : | |
| JUDITH M. THOMAN, | : | |
| | : | |
| Objector | : | |
| | : | |
| v. | : | |
| | : | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | : | CLAIM NO. 2-1 |
| | : | |
| Claimant | : | |

# ORDER

Upon consideration of the Objection of Judith M. Thoman, the above named Debtor, to Claim No. 2-1 of Portfolio Recovery Associates, LLC, it is

**HEREBY ORDERED** that such claim is disallowed in its entirety.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 16, 2022