United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Judith M Thoman  
    Debtor

Case No. 21-02266-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Mar 14, 2023      Form ID: pdf010      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Judith M Thoman, 731 Hilltop Road, Harrisburg, PA 17112-9636 |
| 5441742 | + | Carrie Gerding, Esquire, Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5441743 | + | Commonwealth of Pennsylvania, Bureau of Labor and Industry, Office of Unemp Comp Tax Services OUCTS, PO Box 60848, Harrisburg, PA 17106-0848 |
| 5441745 | + | Equable Ascent Financial, LLC, 1120 W Lake Cook Road, Suite B, Buffalo Grove, IL 60089-1970 |
| 5441747 | + | John M. Hyams, Esq., Law Office of John M. Hyams, 2023 North 2nd Street, Harrisburg, PA 17102-2151 |
| 5441748 | + | Lloyd S. Markind, Esquire, Sklar-Markind, 102 Browning Lane, Bldg B, Suite 1, Cherry Hill, NJ 08003-3195 |
| 5441752 | + | Rebecca Solarz, Esquire, Stephanie A. Walczak, Esquire, KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 14 2023 18:59:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5441744 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 14 2023 18:40:00 | Deutsche Bank National Trust, c/o Select Portfolio Services, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5453063 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 14 2023 18:40:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5441746 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 14 2023 18:40:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 5441751 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 14 2023 18:59:33 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 5441750 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 14 2023 18:59:29 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 5441749 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 14 2023 18:40:00 | Pennsylvania Department of Revenue, Dept. 280946, ATTN: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 5441753 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 14 2023 18:59:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5441754 | | Email/Text: paparalegals@pandf.us | Mar 15 2023 12:54:00 | TD Bank USA, c/o Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317 |
| 5441755 | + | Email/Text: bncmail@w-legal.com | Mar 14 2023 18:40:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5451439 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5442023 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-1 Asset Backed Notes bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-1 Asset Backed Notes bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Tracy Lynn Updike | on behalf of Debtor 1 Judith M Thoman tlupdike@mette.com  rkvansteenacker@mette.com;dlmellott@mette.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JUDITH M. THOMAN | : | CASE NO. 1-21-02266-HWV |
| | : | |
| Debtor | : | |

**ORDER**

    Upon consideration of the Motion to Dismiss filed by Judith M. Thoman, with respect to her Chapter 13 case, it is

    **HEREBY ORDERED** that the case of Judith M. Thoman, Case No. 1-21-02266, is dismissed.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 14, 2023