Fill in this information to identify the case:

Debtor 1 __Judith Marie Thoman__

Debtor 2 
(Spouse, if filing)

United States Bankruptcy Court for the  __Middle District Of Pennsylvania__

Case number __21-02266__

Official Form 410S1
# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor**: Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-1 Asset Backed Notes

**Court claim no**. (if known): __3__

**Last four digits** of any number you use to identify the debtor's account: 4934

**Date of payment change:** __12/01/2022__
Must be at least 21 days after date of this notice

**New total payment:**  $ __1220.79__

Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $__306.90__    **New escrow payment:**  $__320.50__

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%   **New interest rate:** _____%

   **Current principal and interest payment:** $_____  **New principal and interest payment:**  $_____

Debtor 1 <u>Judith Marie Thoman</u>  Case Number (*If known*): 21-02266
       First Name   Middle Name   Last Name

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

    Reason for change: _____

**Current mortgage payment:** $ _____ **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Rebecca A. Solarz           Date August 25, 2022
   Signature

Print: Rebecca A. Solarz          Title Attorney for Creditor
      First Name  Middle Name  Last Name

Company: KML Law Group, P.C.

Address: 701 Market Street, Suite 5000
       Number    Street
      Philadelphia,          PA   19106
      City                          State   ZIP Code

Contact phone (215) 627–1322    Email rsolarz@kmllawgroup.com