# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Judith M. Thoman<br>　　　　　　　　　Debtor<br><br>Select Portfolio Servicing, Inc. as servicer for Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-1 Asset Backed Notes<br>　　　　　　　　　Movant<br>　　vs.<br><br>Judith M. Thoman<br>　　　　　　　　　Debtor<br><br>Jack N. Zaharopoulos, Esq.<br>　　　　　　　　　Trustee | BK NO. 21-02266 HWV<br><br>Chapter 13<br><br>Related to Claim No. 3 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 26, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor
Judith M. Thoman
731 Hilltop Road
Harrisburg, PA 17112

Attorney for Debtor
Tracy Lynn Updike, Esq.
3401 North Front Street
PO Box 5950 (VIA ECF)
Harrisburg, PA 17110

Trustee
Jack N. Zaharopoulos, Esq.
8125 Adams Drive, Suite A (VIA ECF)
Hummelstown, PA 17036

Method of Service: Electronic means or first class mail.

Dated: August 26, 2022

　　　　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 315936
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com